UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAUDRIA L. AGEE,** *pro se*,

    **Plaintiff,**

v.                                            CASE NO: 8:09-CV-2147-T-30EAJ

**UNITED STATES POSTAL SERVICE,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

A review of the file indicates that Plaintiff has failed to effectuate service of process on the Defendant and file proof of same within thirty (30) days of the date of this Court's Order (Dkt. #16) dated June 2, 2010. This case should therefore be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 9, 2010.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-2147.dismiss.wpd*